UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>02-80072-Cr-Hurley/Vitunac(s)</u>
18 U.S.C. § 2422(b)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TODD LESLIE KROEBER,
a/k/a "ZT1769"

        Defendant.
_____/

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

Between on or about December 4, 2001, and on or about December 7, 2001, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**TODD LESLIE KROEBER,
a/k/a "ZT1769,"**

then being approximately 30 years of age, did knowingly use a facility of interstate commerce to attempt to persuade, induce, or entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person may be charged with a criminal offense, to wit, violation of Florida Statute 800.04(4)(b) and (5)(a)-(b)(Lewd or Lascivious Offenses committed on or in the presence of persons less than 16 years of age).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

On or about November 21, 2001, at approximately 11:51:38 am, in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive a visual depiction that had been transported and shipped in interstate commerce by computer, identified by file name "serge013.jpg" depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to:

> a visual depiction of a minor male engaged in actual or simulated oral-genital sexual intercourse upon a sexually mature male,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about November 21, 2001, at approximately 11:52:46 a.m., in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive a visual depiction that had been transported and shipped in interstate commerce by computer, identified by file name "serge006.jpg" depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to:

> a visual depiction of a minor male engaged in actual or simulated oral-genital sexual intercourse upon a sexually mature male,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 4

On or about November 21, 2001, at approximately 2:00:20 p.m., in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive a visual depiction that had been transported and shipped in interstate commerce by computer, identified by file name "ff46189f[1].jpg" depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to:

> a visual depiction of a minor male engaged in the lascivious exhibition of his genitals,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 5

On or about November 21, 2001, at approximately 2:05:28 p.m., in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive a visual depiction that had been transported and shipped in interstate commerce by computer, identified by file name "ff-2-10.jpg" depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to:

> a visual depiction of a minor male engaged in the lascivious exhibition of his genitals,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 6

On or about November 21, 2001, at approximately 2:06:48 p.m., in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive a visual depiction that had been transported and shipped in interstate commerce by computer, identified by file name "ff-2-14.jpg" depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to:

> a visual depiction of a minor male engaged in the lascivious exhibition of his genitals,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 7

On or about November 22, 2001, at approximately 12:00:52 p.m., in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive a visual depiction that had been transported and shipped in interstate commerce by computer, identified by file name "serge014.jpg" depicting a minor engaging in

sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to:

> a visual depiction of a minor male engaged in oral-genital sexual intercourse upon another male,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 8

On or about November 22, 2001, at approximately 7:49:04 p.m., in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive a visual depiction that had been transported and shipped in interstate commerce by computer, identified by file name "fk068-05.jpg" depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to:

> a visual depiction of a minor male engaged in the lascivious exhibition of his genitals,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 9

On or about November 22, 2001, at approximately 8:45:16 p.m., in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive one or more visual depictions that had been transported and shipped in interstate commerce by computer, identified by file names "serge004.jpg," "serge007.jpg," and "serge008.jpg," each image depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to visual depictions of:

> a minor male engaged in the lascivious exhibition of his genitals, and/or actual or simulated masturbation; a minor male engaged in actual or simulated oral-genital sexual intercourse upon another male; a minor male engaged in the lascivious exhibition of his genitals and actual or simulated masturbation of another male,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 10

On or about November 22, 2001, at approximately 8:45:18 p.m., in Palm Beach County, in the Southern District of Florida, the defendant,

### TODD LESLIE KROEBER,
### a/k/a "ZT1769,"

did knowingly receive one or more visual depictions that had been transported and shipped in interstate commerce by computer, identified by file names "serge016.jpg," and "serge_020.jpg," each image depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to visual depictions of:

> a minor male engaged in actual or simulated masturbation; and, a minor male engaged in actual or simulated masturbation of another male,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 11

On or about November 22, 2001, at approximately 8:45:36 p.m., in Palm Beach County, in

the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive one or more visual depictions that had been transported and shipped in interstate commerce by computer, identified by file names "serge009.jpg," and, "serge010.jpg," each image depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to visual depictions of:

> a minor male engaged in actual or simulated oral-genital sexual intercourse upon another male; and, a minor male engaged in actual or simulated oral-genital sexual intercourse upon another male

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 12

On or about November 22, 2001, at approximately 8:45:38 p.m., in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly receive a visual depiction that had been transported and shipped in interstate commerce by computer, identified by file name "serge_022.jpg" depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including, but not limited to:

> a visual depiction of a minor male engaged in the lascivious exhibition of his genitals and kissing a second male,

the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 13

Between on or about November 21, 2001, and on or about December 7, 2001, in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly distribute one or more visual depictions that had been transported and shipped in interstate commerce by computer in interstate commerce by computer, to wit, File Names: "serge013.jpg," "serge014.jpg," "serge006.jpg," "serge007.jpg," "serge009.jpg," and, "serge010.jpg," each image depicting a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 14

On or about December 7, 2001, in Palm Beach County, in the Southern District of Florida, the defendant,

**TODD LESLIE KROEBER,**
**a/k/a "ZT1769,"**

did knowingly possess one or more computer disks or other matter, that contained visual depictions that had been shipped or transported in interstate or foreign commerce, or which were produced using materials which have been mailed or shipped or transported in interstate or foreign commerce, by any means including by computer, depicting minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), the production of which involved the use

of one or more minors engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TODD LESLIE KROEBER

CASE NO. __02-80072-Cr-Hurley/Vitunac (s)__

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)      Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

**Court Division:** (Select One)

____ Miami   ____ Key West
____ FTL   _X_ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect ____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days       _X_         Petty       ____
   II   6 to 10 days      ____        Minor       ____
   III  11 to 20 days     ____        Misdem.     ____
   IV   21 to 60 days     ____        Felony      _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: ____                          Case No. ____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _02-5108-AEV_
   Related Miscellaneous numbers: ____
   Defendant(s) in federal custody as of _4/8/02_
   Defendant(s) in state custody as of ____
   Rule 20 from the ____   District of ____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached                                                              REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name:  TODD LESLIE KROEBER, a/k/a "ZT1769"

Counts #: 1-13

\*Max. Penalty: 0 - 15 Years Imprisonment; $250,000 Fine

Count #: 14

\*Max. Penalty: 0 - 5 Years Imprisonment; $250,000 Fine

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

No. 02-80072-Cr-Hurley/Vitunac(s)

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

_____ Northern _____ Division

# THE UNITED STATES OF AMERICA

vs.

TODD LESLIE KROEBER

# INDICTMENT

18 U.S.C. § 2422
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)

A true bill.

_____
Foreman

Filed in open court this _____

of _____, A.D. 20 _____ day

_____
Clerk

Bail, $ _____

GPO 863 928